## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

United States of America ex rel.
  The Tarbell Group, LLC,
      Plaintiff

            v.

American College of Apothecaries Inc.,
Ancient Egyptian Arabic Order Nobles of the Mystic
      Shrine of North and South America and its
      Jurisdictions Inc.,
Bartlett Area Chamber of Commerce,
Benevolent & Protective Order of Elks of the
      USA—Camden Lodge No. 2156,
Chi Omega Fraternity,
Covington Country Club Inc.,
Covington Tipton County Chamber of Commerce,
Crockett County Farm Bureau,
Decatur County Chamber of Commerce,
Dyer County Farm Bureau,
Hatchie Coon Hunting & Fishing Club,
Humboldt Golf and Country Club,
Lexington Lodge No. 2091 Loyal Order of Moose,
Memphis-Shelby County Education Association,
Metropolitan Memphis Hotel and Lodging
      Association,
Midsouth Grain Inspection Services,
Milan Golf and Country Club,
Modern Woodmen of America—14178,
Obion County Farm Bureau,
Obion County Industrial Development Corporation,
Paris Lodge No. 1915 Loyal Order of Moose,
Paris-Henry County Chamber of Commerce,
Pine Tree Country Club Inc.,
Selmer Golf and Country Club Inc.,
Southern Cotton Ginners Association,
Weakley County Farm Bureau, and
Unknown John or Jane Does,

      Defendants

**FILED UNDER SEAL
PURSUANT TO
31 U.S.C. § 3730(b)(2)**

Case no. 2:25-cv-2356

## <u>COMPLAINT</u>

**Nature of the Case**

1.      Relator The Tarbell Group, LLC, brings this action for itself and the United States under the False Claims Act, 31 U.S.C. §§ 3729-3733, to recover funds illegally obtained by the defendants under federal COVID-19 relief laws.

**Jurisdiction and Venue**

2.      The Court has jurisdiction of, and is the appropriate venue for, this matter because it arises under a federal law, because the United States is a plaintiff, and because in this judicial district each defendant can be found, resides, transacts business in, or committed an act proscribed by the False Claims Act. 28 U.S.C. §§ 1331, 1345; 31 U.S.C. § 3732(a).

**Parties—Relator**

3.      Relator The Tarbell Group, LLC, is a limited liability company located in and organized under the laws of the Commonwealth of Virginia.

**Parties—501(c)(5) Defendants**

4.      Defendant Crockett County Farm Bureau is an entity exempt from taxation under section 501(c)(5) of the Internal Revenue Code, 26 U.S.C. § 501(c)(5) ("Tax-Exempt 501(c)(5) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 2517 Mason Grove Road, Humboldt, TN.

5.      Defendant Dyer County Farm Bureau is a Tax-Exempt 501(c)(5) Organization. On the loan application(s) at issue herein, this defendant gave its address as 125 Everett Avenue, Dyersburg, TN.

6.      Defendant Memphis-Shelby County Education Association is a Tax-Exempt 501(c)(5) Organization. On the loan application(s) at issue herein, this defendant gave its address as 126 Flicker Street, Memphis, TN.

7. Defendant Obion County Farm Bureau is a Tax-Exempt 501(c)(5) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1212 Stad Avenue, Union City, TN.

8. Defendant Weakley County Farm Bureau is a Tax-Exempt 501(c)(5) Organization. On the loan application(s) at issue herein, this defendant gave its address as 2695 Bible Union Road, Martin, TN.

### Parties—501(c)(6) Defendants

9. Defendant American College of Apothecaries Inc. is an entity exempt from taxation under section 501(c)(6) of the Internal Revenue Code, 26 U.S.C. § 501(c)(6) ("Tax-Exempt 501(c)(6) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 2830 Summer Oaks Drive, Bartlett, TN.

10. Defendant Bartlett Area Chamber of Commerce is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 2969 Elmore Park Road, Memphis, TN.

11. Defendant Covington Tipton County Chamber of Commerce is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 106 West Liberty Avenue, Covington, TN.

12. Defendant Decatur County Chamber of Commerce is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 139 Tennessee Avenue, Parsons, TN.

13. Defendant Metropolitan Memphis Hotel and Lodging Association is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 47 Union Avenue, Memphis, TN.

14.    Defendant Midsouth Grain Inspection Services is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1390 Channel Avenue, Memphis, TN.

15.    Defendant Obion County Industrial Development Corporation is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 214 Church Street, Union City, TN.

16.    Defendant Paris-Henry County Chamber of Commerce is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 2508 East Wood Street, Paris, TN.

17.    Defendant Southern Cotton Ginners Association is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 874 Cotton Gin Place, Memphis, TN.

### Parties—501(c)(7) Defendants

18.    Defendant Chi Omega Fraternity is an entity exempt from taxation under section 501(c)(7) of the Internal Revenue Code, 26 U.S.C. § 501(c)(7) ("Tax-Exempt 501(c)(7) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 3395 Players Club Parkway, Memphis, TN.

19.    Defendant Covington Country Club Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1880 South Main Street, Covington, TN.

20.    Defendant Hatchie Coon Hunting & Fishing Club is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 7980 Courtyard Plaza, Memphis, TN.

4

21.    Defendant Humboldt Golf and Country Club is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 4700 East Main Street, Humboldt, TN.

22.    Defendant Milan Golf and Country Club is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 3079 Ledbetter Gate Road, Milan, TN.

23.    Defendant Pine Tree Country Club Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 15440 Highway 412 East, Lexington, TN.

24.    Defendant Selmer Golf and Country Club Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1254 Country Club Lane, Selmer, TN.

**Parties—501(c)(8) Defendants**

25.    Defendant Ancient Egyptian Arabic Order Nobles of the Mystic Shrine of North and South America and its Jurisdictions Inc. is an entity exempt from taxation under section 501(c)(8) of the Internal Revenue Code, 26 U.S.C. § 501(c)(8) ("Tax-Exempt 501(c)(8) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 2239 Democrat Road, Memphis, TN.

26.    Defendant Benevolent & Protective Order of Elks of the USA—Camden Lodge No. 2156 is a Tax-Exempt 501(c)(8) Organization. On the loan application(s) at issue herein, this defendant gave its address as 139 Stigall Street, Camden, TN.

27.    Defendant Lexington Lodge No. 2091 Loyal Order of Moose is a Tax-Exempt 501(c)(8) Organization. On the loan application(s) at issue herein, this defendant gave its address as 100 Blankenship Street, Lexington, TN.

28.     Defendant Modern Woodmen of America—14178 is a Tax-Exempt 501(c)(8) Organization. On the loan application(s) at issue herein, this defendant gave its address as 110 2nd Avenue East, Huntingdon, TN.

29.     Defendant Paris Lodge No. 1915 Loyal Order of Moose is a Tax-Exempt 501(c)(8) Organization. On the loan application(s) at issue herein, this defendant gave its address as 3003 Dinkins Lane, Paris, TN.

### Parties—Individual Defendants

30.     Defendants Unknown John or Jane Does were at all relevant times directors, officers, employees, or otherwise agents by and through whom Defendants respectively acted.

### Background

31.     To provide economic relief and stimulate the economy during the COVID-19 pandemic, Congress in 2020 enacted the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. 116-136, amended by, inter alia, the Paycheck Protection Program Flexibility Act of 2020, Pub. L. 116-142 and the American Rescue Plan Act of 2021, Pub. L. 117-2 (2021) (together with implementing regulations, referred to herein as the "PPP Program"). The PPP Program effectively transferred money from the federal government to eligible recipients via the United States Small Business Administration ("SBA"). The transfers took the form of private loans guaranteed, forgiven and reimbursed by SBA ("PPP Loans").

32.     PPP Loan recipients could receive up to two loans, one in each of two tranches, each called a "draw," i.e., first-draw and second-draw PPP Loans.

33.     A recipient could receive a second-draw loan only after having obtained a first-draw loan.

34.     As a condition of receiving PPP Loans and forgiveness thereof, each applicant was required to certify its eligibility under the PPP Program.

35. The PPP Program excluded Tax-Exempt 501(c)(5) Organizations from eligibility until March 11, 2021.

36. The PPP Program excluded Tax-Exempt 501(c)(6) Organizations from eligibility until December 27, 2020.

37. The PPP Program excluded Tax-Exempt 501(c)(7) Organizations from eligibility until March 11, 2021.

38. The PPP Program excluded Tax-Exempt 501(c)(8) Organizations from eligibility until March 11, 2021.

39. Each institutional defendant, by and through the individual defendants who acted on its behalf, applied for and received one or more PPP Loans for which it was legally ineligible.

40. Some defendants, by and through the individual defendants who acted on their behalf, also applied for and received second PPP Loans for which they were ineligible as "fruit of the poisonous tree," because receipt of a first-draw loan was a prerequisite to receive a second-draw loan.

**PPP Loans**

41. Defendants received approval for, and forgiveness of, their PPP Loans on the dates and in the amounts shown on the table attached hereto, despite being legally ineligible for the same.

**First Cause of Action**
**False Claims Act, 31 U.S.C. § 3729**
**PPP Loan(s)**

42. Relator repeats and realleges each of the foregoing paragraphs.

43. Each institutional defendant was ineligible to receive its PPP Loan(s) at the time it applied and received approval for the same.

44.    Each defendant did knowingly present, or cause or be presented, a false or fraudulent claim for payment or approval, to the injury of the United States, by falsely certifying that it, or the defendant on whose behalf he or she acted, was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

45.    Each defendant did knowingly make, use, or cause to be made or use, a false record or statement material to a false or fraudulent claim, to the injury of the United States, by falsely certifying that it, or the defendant on whose behalf he or she acted, was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

46.    Each defendant did knowingly make, use, or cause to be made or used, a false record or statement material to, or did knowingly conceal, or did knowingly and improperly avoid or decrease, an obligation to pay or transmit money or property to the United States government, by falsely certifying that it, or the defendant on whose behalf he or she acted, was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

**Second Cause of Action**
**False Claims Act, 31 U.S.C. § 3729**
**Fruit of the Poisonous Tree**

47.    Relator repeats and realleges each of the foregoing paragraphs.

48.    The following defendants received second-draw PPP Loans for which they were ineligible due to their failure lawfully to obtain first-draw PPP Loans:

    a.    American College of Apothecaries Inc.

    b.    Ancient Egyptian Arabic Order Nobles of the Mystic Shrine of North and South America and its Jurisdictions Inc.

    c.    Benevolent & Protective Order of Elks of the USA—Camden Lodge No. 2156

    d.    Covington Tipton County Chamber of Commerce

    e.      Metropolitan Memphis Hotel and Lodging Association

    f.      Southern Cotton Ginners Association

49.     Because these defendants received their first-draw PPP Loans via fraud and under false pretenses, their second-draw PPP Loans constituted "fruit of the poisonous tree" and were unlawfully obtained.

50.     Each of these defendants, and the individual defendants who acted on its behalf, did knowingly present, or cause or be presented, a false or fraudulent claim for payment or approval, to the injury of the United States, by falsely certifying that it was eligible for a second-draw PPP Loan and forgiveness thereof and thereby receiving the same.

51.     Each of these defendants, and the individual defendants who acted on its behalf, did knowingly make, use, or cause to be made or use, a false record or statement material to a false or fraudulent claim, to the injury of the United States, by falsely certifying that it was eligible for a second-draw PPP Loan and forgiveness thereof and thereby receiving the same.

52.     Each of these defendants, and the individual defendants who acted on its behalf, did knowingly make, use, or cause to be made or used, a false record or statement material to, or did knowingly conceal, or did knowingly and improperly avoid or decrease, an obligation to pay or transmit money or property to the United States government, by falsely certifying that it was eligible for a second-draw PPP Loan and forgiveness thereof and thereby receiving the same.

**Prayer for Relief**

53.     WHEREFORE, Relator prays for the following relief against each defendant:

    a.      A declaration that each defendant did violate the False Claims Act;

    b.      An amount thrice the amount of PPP Loans and interest forgiven or otherwise not repaid with respect to each defendant, lending fees paid by SBA, foregone interest, and all other damages suffered by the United States

government, plus civil penalties and applicable interest, under 31 U.S.C. § 3729(a)(1);

    c.    The cost of this civil action, apportioned to each defendant respectively in proportion to its share of the aggregate damages recouped herein, under 31 U.S.C. § 3729(a)(3);

    d.    An award to relator, including its reasonable expenses, attorneys' fees, and costs, under 31 U.S.C. § 3730(d)(1) or (2), as applicable; and

    e.    Such other and further relief as may be just and proper.

**Demand for Jury Trial**

54.    Relator demands a trial by jury.

Respectfully submitted,

**Law Office of Bruce Ellis Fein, PLLC**
Bruce Ellis Fein, Esq.
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390
*Attorney for Relator*

10

*United States of America ex rel. The Tarbell Group, LLC v. American College of Apothecaries Inc., et al.*
Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| American College of Apothecaries Inc. | 501(c)(6) | 5840287101 | 1st | 12/27/2020 | 4/14/2020 | $46,300.00 | 4/14/2021 | $48,808.50 |
| American College of Apothecaries Inc. | 501(c)(6) | 3539308506 | 2nd | 12/27/2020 | 2/24/2021 | $56,226.00 | 10/25/2021 | $56,585.22 |
| Ancient Egyptian Arabic Order Nobles of the Mystic Shrine of North and South America and its Jurisdictions Inc. | 501(c)(8) | 7121907307 | 1st | 3/11/2021 | 4/30/2020 | $112,500.00 | 6/30/2021 | $113,797.60 |
| Ancient Egyptian Arabic Order Nobles of the Mystic Shrine of North and South America and its Jurisdictions Inc. | 501(c)(8) | 6211838610 | 2nd | 3/11/2021 | 3/20/2021 | $114,820.00 | 11/10/2021 | $115,546.67 |
| Bartlett Area Chamber of Commerce | 501(c)(6) | 8305477308 | 1st | 12/27/2020 | 5/1/2020 | $55,000.00 | 6/10/2021 | $55,591.25 |
| Benevolent & Protective Order of Elks of the USA—Camden Lodge No. 2156 | 501(c)(8) | 6004698406 | 1st | 3/11/2021 | 2/9/2021 | $7,972.50 | 7/30/2021 | $8,005.28 |
| Benevolent & Protective Order of Elks of the USA—Camden Lodge No. 2156 | 501(c)(8) | 6136768906 | 2nd | 3/11/2021 | 5/1/2021 | $7,972.00 | 11/1/2021 | $8,009.42 |
| Chi Omega Fraternity | 501(c)(7) | 8607757206 | 1st | 3/11/2021 | 4/28/2020 | $427,500.00 | 7/22/2021 | $432,723.70 |
| Covington Country Club Inc. | 501(c)(7) | 7611637203 | 1st | 3/11/2021 | 4/28/2020 | $85,300.00 | 11/27/2020 | $85,790.77 |
| Covington Country Club Inc. | 501(c)(7) | 5746168307 | 2nd | 3/11/2021 | 1/25/2021 | $85,340.00 | 8/2/2021 | $85,772.55 |

1

*United States of America ex rel. The Tarbell Group, LLC v. American College of Apothecaries Inc., et al.*
Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| Covington Tipton County Chamber of Commerce | 501(c)(6) | 6475207301 | 1st | 12/27/2020 | 4/30/2020 | $14,620.00 | 11/5/2020 | $14,694.90 |
| Covington Tipton County Chamber of Commerce | 501(c)(6) | 7541768305 | 2nd | 12/27/2020 | 1/28/2021 | $16,120.00 | 9/9/2021 | $16,216.72 |
| Crockett County Farm Bureau | 501(c)(5) | 4432107307 | 1st | 3/11/2021 | 4/29/2020 | $11,750.00 | 2/2/2021 | $11,835.51 |
| Decatur County Chamber of Commerce | 501(c)(6) | 6556277204 | 1st | 12/27/2020 | 4/28/2020 | $8,387.50 | 1/19/2021 | $8,448.54 |
| Dyer County Farm Bureau | 501(c)(5) | 7450327104 | 1st | 3/11/2021 | 4/14/2020 | $54,100.00 | 3/15/2021 | $54,579.39 |
| Hatchie Coon Hunting & Fishing Club | 501(c)(7) | 7961347003 | 1st | 3/11/2021 | 4/8/2020 | $13,000.00 | 1/19/2021 | $13,097.23 |
| Humboldt Golf and Country Club | 501(c)(7) | 1558227310 | 1st | 3/11/2021 | 4/28/2020 | $67,400.00 | 2/17/2021 | $67,926.09 |
| Lexington Lodge No. 2091 Loyal Order of Moose | 501(c)(8) | 8613497207 | 1st | 3/11/2021 | 4/28/2020 | $9,100.00 | 2/9/2021 | $9,167.24 |
| Memphis-Shelby County Education Association | 501(c)(5) | 8068877305 | 1st | 3/11/2021 | 5/1/2020 | $107,525.00 | 3/3/2021 | $108,411.71 |
| Metropolitan Memphis Hotel and Lodging Association | 501(c)(6) | 1217217407 | 1st | 12/27/2020 | 5/4/2020 | $16,600.00 | 4/15/2021 | $16,756.78 |
| Metropolitan Memphis Hotel and Lodging Association | 501(c)(6) | 5682088503 | 2nd | 12/27/2020 | 3/1/2021 | $20,832.00 | 11/19/2021 | $20,980.39 |
| Midsouth Grain Inspection Services | 501(c)(6) | 4413167101 | 1st | 12/27/2020 | 4/13/2020 | $396,423.07 | Unknown | Unknown |

2

*United States of America ex rel. The Tarbell Group, LLC v. American College of Apothecaries Inc., et al.*
Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| Milan Golf and Country Club | 501(c)(7) | 6358467103 | 1st | 3/11/2021 | 4/14/2020 | $36,007.50 | 1/25/2021 | $36,282.56 |
| Modern Woodmen of America—14178 | 501(c)(8) | 9341687401 | 1st | 3/11/2021 | 5/20/2020 | $7,982.10 | 11/12/2020 | $8,020.15 |
| Obion County Farm Bureau | 501(c)(5) | 7739257010 | 1st | 3/11/2021 | 4/8/2020 | $68,620.00 | 11/23/2020 | $69,035.48 |
| Obion County Industrial Development Corporation | 501(c)(6) | 9731777007 | 1st | 12/27/2020 | 4/9/2020 | $25,300.00 | 10/29/2020 | $25,437.74 |
| Paris Lodge No. 1915 Loyal Order of Moose | 501(c)(8) | 8708897201 | 1st | 3/11/2021 | 4/28/2020 | $5,500.00 | 6/10/2021 | $5,561.72 |
| Paris-Henry County Chamber of Commerce | 501(c)(6) | 5934697107 | 1st | 12/27/2020 | 4/14/2020 | $19,287.00 | 2/16/2021 | $19,411.36 |
| Pine Tree Country Club Inc. | 501(c)(7) | 1720297210 | 1st | 3/11/2021 | 4/15/2020 | $28,360.00 | 6/28/2021 | $28,698.74 |
| Selmer Golf and Country Club Inc. | 501(c)(7) | 1441567303 | 1st | 3/11/2021 | 4/28/2020 | $17,925.00 | 8/31/2021 | $18,158.76 |
| Southern Cotton Ginners Association | 501(c)(6) | 6806807310 | 1st | 12/27/2020 | 4/30/2020 | $56,087.50 | 11/12/2020 | $56,365.63 |
| Southern Cotton Ginners Association | 501(c)(6) | 7489598304 | 2nd | 12/27/2020 | 1/28/2021 | $67,609.00 | 6/30/2021 | $67,862.77 |
| Weakley County Farm Bureau | 501(c)(5) | 3164557104 | 1st | 3/11/2021 | 4/11/2020 | $33,800.00 | 4/15/2021 | $34,135.18 |

3