**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. THE TARBELL GROUP, LLC, | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff-Relator, | | |
| v. | | No. 2:25-cv-2356-SHL-tmp |
| AMERICAN COLLEGE OF APOTHECARIES, INC., et al., | | |
| Defendants. | | |

**ORDER UNSEALING CASE**

Before the Court is notice by the United States of America that it has declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), filed June 1, 2026.  (ECF No. 10 (Sealed).)  In the Notice, the United States requests that the pleadings be unsealed, that it continue to be served with additional docket entries, to be able to order any deposition transcripts, to intervene in this action for good cause at a later date, to be able to seek dismissal of Relator's action or claim, and for the parties to seek approval from the United States before settling or otherwise discontinuing the case.  No party has filed opposition to the relief requested in the Notice, and the time to do so has passed.

Therefore, **IT IS ORDERED** that:

1.      The Complaint be unsealed and served upon the Defendants by Relator, The Tarbell Group, LLC;

2.      The seal be lifted on all other contents of the Court's file and all matters occurring in this action after the date of this Order;

3.      The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The

United States may order any deposition transcripts and is entitled to intervene in this action for good cause at any time;

    4.    The parties shall serve all notices of appeal upon the United States;

    5.    All orders of this Court shall be sent to the United States; and

    6.    Should Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the United States shall be able to indicate through a filing on the docket whether it consents to that relief.

**IT IS SO ORDERED,** this 17th day of June, 2026.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE

2